UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES R. LEACH,

      Plaintiff,

v.                                         Case No: 8:18-cv-133-T-36CPT

THOMAS KNIGHT, JEFF BELL, LEGAL
RESEARCH ASSOCIATES, MARK
CACHO, BRIAN MEINBERG, MICHAEL
MORAN, PAUL CARAGIULO, NANCY
DETERT, ALAN MAIO, CHARLES
HINES, JOHN DOE '35;1 and JOHN DOE
'35;2,

      Defendants.
_____/

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice of the Above Action Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Doc. 25). In accord with Plaintiff's Notice of Voluntary Dismissal without Prejudice of the Above Action Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

    1)      Plaintiff's Notice of Voluntary Dismissal without Prejudice of the Above Action Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure is **APPROVED** (Doc. 25).

    2)      This cause is dismissed, without prejudice.

    3)      The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 10, 2018.

Charlene Edwards Honeywell
United States District Judge

**<u>COPIES FURNISHED TO</u>**:
Counsel of Record